RANKIN (TOMPKINS v.). See Case No. 14,090.

RANKIN (TYSON v.). See Case No. 14,320.

---

## Case No. 11,569.

### RANLETT v. LEAVENWORTH.

[Cited in note to Gilchrist v. Little Rock. Case No. 5.421. Nowhere reported; opinion not now accessible.]